

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2015

No. 04-14-00767-CV

**IN THE INTEREST OF D.M.B. Jr.** and I.L.B., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02050
Honorable Peter A. Sakai, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we ORDER this appeal DISMISSED FOR WANT OF JURISDICTION.

We further ORDER that no costs be assessed against appellant Father because he is indigent.

It is so **ORDERED** on April 29, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk